IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS – PEORIA DIVISION

| | |
|---|---|
| ELENA DELGADO, | ) |
| Plaintiff, | ) ) ) Case No: |
| v. | ) ) |
| RAYMOND SIMMONS, Individually, and as Agent and/or Employee of PV Holding Corp. a/k/a Avis Budget Group; and PV HOLDING CORP. a/k/a AVIS BUDGET GROUP, | ) ) ) ) ) |
| Defendants. | ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, ELENA DELGADO, by her attorneys, Patrick E. Halliday of HALLIDAY LAW, LLC, and complaining of Defendants, RAYMOND SIMMONS, Individually, and as Agent and/or Employee of PV HOLDING CORP. a/k/a AVIS BUDGET GROUP (hereinafter "PV HOLDING CORP."). In support thereof, Plaintiff states as follows:

### Introduction

1. This matter arises as the result of a motor vehicle collision between the Plaintiff, ELENA DELGADO, and the Defendant, RAYMOND SIMMONS. On or about July 26, 2020, and at all times material, Plaintiff was a passenger in motor vehicle on parked at approximately 3503 S. Cicero Avenue within the City of Cicero, County of Cook, State of Illinois. That at said time and place, the Defendant, RAYMOND SIMMONS, operated his vehicle causing it to collide with the rear of the vehicle occupied by the Plaintiff. That at the time of the collision, Defendant, RAYMOND SIMMONS, was operating the vehicle and equipment as an agent and/or employee and at the direction and control of co-Defendant, PV HOLDING CORP.

2. This action is brought pursuant to State of Illinois law claims sounding in negligence and respondeat superior liability for damages to Plaintiff as a result of sustained severe and pecuniary personal injuries.

## Jurisdiction and Venue

3. This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1332 otherwise referred to as Diversity Jurisdiction.

4. Venue is proper under 28 U.S.C. § 1391(b) and (c). On information and belief, all the events giving rise to the claim asserted herein all occurred within the state of Illinois. All of the medical treatment obtained by Plaintiff took place within Illinois as well.

## The Parties

5. Plaintiff's, ELENA DELGADO, place of domicile at the time of filing this cause of action was located at 1313 W. Chestnut Unita in the City of Chillicothe, State of Illinois.

6. Defendant's, RAYMOND SIMMONS, place of domicile at the time of filing this cause of action was located at 16438 Eton Brook Lane, City of Houston, State of Texas. Further, that RAYMOND SIMMONS, was an agent and/or employee of co-Defendants, PV HOLDING CORP.

7. Defendant's, PV HOLDINGS CORP. (also known as Avis Budget Group), principal place of business was located at 6520 Convair Road, City of El Paso, State of Texas at the time of filing this cause of action. Further, PV HOLDING CORP was incorporated in New Jersey was located at 6 Sylvan Way in the City of Parsippany, State of New Jersey.

## Factual Background

8. On or about July 26, 2020, and at all times material, Defendant, PV HOLDING CORPORATION, was a New Jersey Corporation with its principal place of business in the State of Texas.

9. On or about July 26, 2020, and at all times material, Defendant, RAYMOND SIMMONS, was an agent and/or employee of Defendants, FV HOLDING CORP.

10. On or about July 26, 2020, and at all times material, Defendants, PV HOLDING CORP, held out Defendant, RAYMOND SIMMONS as an agent and/or employee.

11. On or about July 26, 2020, and at all times material, Defendant, RAYMOND SIMMONS, was acting within the course and scope of his agency and/or employment relationship with the Defendants, PV HOLDING CORP.

12. That on or about July 26, 2020, and at all times material, Cicero Avenue was a public roadway running in a generally northerly and southerly direction at or near the 3500 block in the city of Cicero, county of Cook, State of Illinois.

13. That on or about July 26, 2020, and at all times material, Plaintiff, ELENA DELGADO, was sitting in a motor vehicle at 3503 S. Cicero Avenue in the city of Cicero, county of Cook, State of Illinois.

14. That at said time and place, Defendant, RAYMOND SIMMONS, was operating a motor vehicle on southbound Cicero Avenue in the city of Cicero, county of Cook, State of Illinois.

15. That on or about July 26, 2020, and at all times material, while Defendant RAYMOND SIMMONS, was operating his vehicle and caused it to collide with the rear of the vehicle occupied by, Plaintiff, ELENA DELGADO.

16. That at said time and place, Defendant, RAYMOND SIMMONS, operated his vehicle in an illegal manner in violation of Illinois statutes in that he caused it to collide with the vehicle operated by Plaintiff, ELENA DELGADO.

17. That on or about July 26, 2020, and at all times material, Defendant, RAYMOND SIMMONS, had the permission of Defendant, PV HOLDING CORP, to operate the vehicle owned by it.

## COUNT I
### Negligence
### (Delgado v. Raymond Simmons)

18. That Plaintiff re-states and re-alleges paragraphs 1 through 17 of the Factual Background as and for paragraphs 1 through 17 of this Court I.

19. That at said time and place, Defendant, RAYMOND SIMMONS, had a duty to operate his vehicle in a reasonable and safe manner so as to avoid causing injury to Plaintiff and others.

20. That in doing so, Defendant, RAYMOND SIMMONS, was negligent in one or more or all of the following acts and/or omissions:

   (a) Carelessly and negligently failed to maintain an adequate and sufficient lookout;

   (b) Carelessly and negligently operated a motor vehicle at a speed greater than reasonable and proper with regard to traffic conditions and the use of the highway in violation of Section 5/11-601(a) of Chapter 625 of the Illinois Compiled Statutes;

   (c) Carelessly and negligently failed to maintain his vehicle within his lane of traffic without first ascertaining that such a movement can be made safely, in violation of Section 5/11-901(a) of Chapter 625 of the Illinois Compiled Statutes;

    (d)    Operated, managed, maintained, controlled and/or drove his motor vehicle into collision with the rear of the vehicle occupied by the Plaintiff;

    (e)    Negligently and carelessly rear ended and/or backed into the parked car of the vehicle operated by Plaintiff.

21. That as a direct and proximate result of one or more or all of the foregoing negligent and careless acts and/or omissions of Defendant, RAYMOND SIMMONS, the Plaintiff, ELENA DELGADO, suffered injuries of a personal, permanent and pecuniary nature.

WHEREFORE, the Plaintiff, ELENA DELGADO, demands judgment against the Defendant, RAYMOND SIMMONS, for a sum in excess of Seventy-Five Thousand ($75,000.00) Dollars in addition to the costs of this suit.

## COUNT II

### Negligence
### (Delgado v. PV Holding Corp.)

1-21. The Plaintiff, hereby adopts and re-alleges paragraphs 1-21 of the Factual Background and of Count I as and for paragraphs 1-21 of this Count II.

22. That on or about July 26, 2020, and all times material the motor vehicle operated by Defendant, RAYMOND SIMMONS, was leased and/or owned by Defendant, PV HOLDING CORP.

23. At all relevant and material times, RAYMOND SIMMONS, was acting as a duly authorized agent and/or employee of Defendant, PV HOLDING CORP, and was at all times acting within the scope and course of his agency or employment relationship at the time of the collision.

24. That at all relevant and material times, RAYMOND SIMMONS, had the permission of the vehicle's owner, PV HOLDING CORP., to operate said vehicle in the course of usual and regular business.

WHEREFORE, the Plaintiff, ELENA DELGADO, demands judgment against the Defendant, PV HOLDING CORP., for a sum in excess of Seventy-Five Thousand ($75,000.00) Dollars in addition to the costs of this suit.

## JURY DEMAND

Plaintiff, ELENA DELGADO, hereby demands a trial by jury pursuant to Federal Rule of Civil Procedure 38(b) on all issues so triable.

RESPECTFULLY SUBMITTED,

By: s/Patrick E. Halliday
*Attorney for Plaintiff*

Patrick E. Halliday (ARDC: 6281828)
Halliday Law, LLC
1225 N. North Street
Peoria, IL 61606
T: (309) 402-0001
F: (309) 673-1201
patrick@hallidaylegal.com